**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
856-795-2181
*Attorneys for Plaintiff(s)*
By: Mark E. Belland, Esquire
Steven J. Bushinksy, Esquire

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, VACATION, and APPRENTICE FUNDS and HARRY J. HARCHETTS, as Trustee and Fiduciary for International Union of Painters and Allied Trades District Council 711 Health & Welfare, Vacation and Finishing Trades Institute Funds, <br><br> *Plaintiff(s),* <br><br> v. <br><br> MARCO MARTELLI ASSOCIATES AND ARCH INSURANCE COMPANY <br><br> *Defendant.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 1:12-cv-03059-RMB-KMW <br><br><br> **DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' request for default judgment, *and no opposition having been filed* it is on this __3rd__ day of __October__ 2013,

ORDERED and ADJUDGED that the Plaintiffs recover of the Defendant, Marco Martelli Associates, the sum of **$34,269.41**, including interest, attorneys fees and costs thereon as provided by law.

_____
United States ~~Deputy Clerk~~ District Judge